UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BLEDSOE,<br><br>           Petitioner,<br><br>    vs.<br><br>THOMAS E. VAUGHN, Warden,<br><br>           Respondent. | Case No. CV 06-4120-SJO (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

1  IT IS ORDERED that Judgment be entered:

2  (1) approving and adopting this Report and Recommendation; and

3  (2) directing that Judgment be entered granting a writ of habeas corpus in accordance with the findings of this Report and Recommendation as follows:

    (a) The Board shall hold a parole suitability hearing to be held within thirty (30) days of the District Court's entry of Judgment on this decision;

    (b) Petitioner shall be granted parole unless new, relevant and reliable evidence of his conduct in prison and/or change in mental state subsequent to the July 1, 2004, parole consideration hearing is introduced that is sufficient to support a finding that he currently poses an unreasonable risk of danger to society if released on parole. The Board may not rely on the static factors of the commitment offense, Petitioner's alleged lack of insight, remorse, or "recent" acceptance of responsibility for the crime, or any other factor discussed by the Governor in his November 15, 2004, reversal of the Board's parole grant, as those factors did not constitute "some evidence" of Petitioner's current danger to public safety; and

/ / /

/ / /

/ / /

(c) In the absence of any such new, relevant and reliable evidence showing Petitioner's unsuitability for parole, the Board shall release Petitioner forthwith pursuant to the terms set at the July 1, 2004, hearing.

DATED: Dec. 17, 2009

_____
HONORABLE R. S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

3