JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BLEDSOE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>THOMAS E. VAUGHN, Warden,<br><br>　　　　　Respondent. | Case No. CV 06-4120-SJO (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: Dec. 17, 2009

/s/ S. James Otero
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge